IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS E. AUGUSTINE and
KITTY ANN AUGUSTINE,

      Plaintiffs,                    No. CIV S-09-1109 FCD DAD PS

   vs.

JP MORGAN CHASE, et al.,

      Defendants.              ORDER
_____/

        Plaintiffs, proceeding pro se, have requested that their lawsuit against JP Morgan Chase, et al., be cancelled and dismissed, effective immediately. Defendant JP Morgan Chase Bank, N.A., sued as JP Morgan Chase, removed this action from state court and filed a motion to dismiss that was heard by the undersigned on June 1, 2009. No defendant has filed an answer or a motion for summary judgment. Good cause appearing, IT IS ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1) in accordance with plaintiffs' June 29, 2009 request (Doc. No. 15), and the Clerk of the Court is directed to close the case.[1]

DATED: July 2, 2009.

                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\augustine1109.voldism

---

[1] Plaintiffs' voluntary dismissal of this action renders moot defendants' motion to dismiss filed May 5, 2009 (Doc. No. 9).